seek a remand so that the Court of Appeals for Veterans Claims can reconsider its decision in light of our decision.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion to waive the requirements of Fed. Cir. R. 27(f) is granted.

(2) The Secretary's motion to remand is granted.

2002). The Board states that Mary L. Guzman does not oppose.

We note that the Department of the Air Force's petition for en banc review in *McCormick* was recently denied.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the Board's decision is vacated, and the case is remanded for further consideration in view of *McCormick.*

Mary L. GUZMAN, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 02–3226.

United States Court of Appeals, Federal Circuit.

June 2, 2003.

Before RADER, SCHALL, and PROST, Circuit Judge.

SCHALL, Circuit Judge.

*ORDER*

The Merit Systems Protection Board moves to remand this case for further consideration in view of this court's recent decision in *McCormick v. Department of the Air Force,* 307 F.3d 1339 (Fed.Cir.

Dorothy T. SCHIBIK, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 02–3174.

United States Court of Appeals, Federal Circuit.

June 2, 2003.

Before RADER, SCHALL, and PROST, Circuit Judge.

SCHALL, Circuit Judge.

*ORDER*

The Merit Systems Protection Board moves to remand this case for further consideration in view of this court's recent decision in *McCormick v. Department of the Air Force,* 307 F.3d 1339 (Fed.Cir.